USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

May 4, 2021

**Via ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sanchez v. CarGurus, Inc.*, Case No. 1:21-cv-02596-AT
**Request to Extend Time to Respond to Complaint**

Dear Judge Torres:

We represent defendant CarGurus, Inc. ("Defendant") in connection with the above-referenced action. Pursuant to Rules 1B and 1C of Your Honor's Individual Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Cristian Sanchez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from May 7, 2021 to June 7, 2021. This is Defendant's first request for an extension of time to respond to the Complaint.

In support of this request, counsel for Defendant states that the parties are engaged in discussions about a possible early resolution of this matter. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)


GRANTED. By **June 7, 2021**, Defendant shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: May 4, 2021
 New York, New York

_____
ANALISA TORRES
United States District Judge