USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _5/14/2021_

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

May 13, 2021

**Via ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sanchez v. CarGurus, Inc.*, Case No. 1:21-cv-02596-AT
    **Request to Adjourn Conference and Extend Time to Submit Letter**

Dear Judge Torres:

We represent defendant CarGurus, Inc. ("Defendant") in connection with the above-referenced action. Pursuant to Rules 1B and 1C of Your Honor's Individual Practices in Civil Cases, we write jointly with counsel for Plaintiff Cristian Sanchez ("Plaintiff"), respectfully to request that the Court adjourn the initial conference scheduled for May 24, 2021 at 10:40 a.m. to a date and time convenient to the Court that is at least two weeks after Defendant's response to the Complaint is due, i.e., two weeks after June 7, 2021. The parties further request that the Court extend the deadlines to advise the Court about whether they will consent to proceed before a magistrate and to submit joint letter pursuant to the Initial Pretrial Conference Order (ECF No. 6) from May 17, 2021 to a date one week before the rescheduled initial conference date.

In support of this request, counsel for Defendant states that the parties are continuing to engage in productive discussions about a possible early resolution of this matter. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. If granted, this extension will not affect any other date scheduled in this action. This is the parties first request to adjourn the initial conference and first request to extend the deadlines to submit letters to the Court.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

DENIED.

SO ORDERED.

Dated: May 14, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge